UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 15-6631 GW (KS)                                            Date: February 17, 2016

Title   Yun Chen v. Thomas W. Hussey, et al.

Present: The Honorable   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER RE: RESPONDENT'S SUGGESTION OF MOOTNESS**

On October 8, 2015, Petitioner, an immigration detainee proceeding *pro se*, filed a verified Petition For Writ Of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). (ECF Nos. 6 (First Amended Petition), 9 (Petition Verification).[1]  The Court ordered Respondent to file a response, which he did on January 7, 2016 ("Return"). (ECF No. 13.) On February 10, 2016, Respondent filed a Notice of Federal Respondents That Petitioner Has Been Released From Immigration Custody; Suggestion of Mootness ("Suggestion of Mootness"). (ECF No. 17.)

In light of Respondent's Suggestion of Mootness, Petitioner is **ORDERED TO SHOW CAUSE on or before March 2, 2016** why the Petition should not be dismissed as moot. **Petitioner's failure to timely show cause for proceeding with this action will result in the Court recommending that the Petition be dismissed with prejudice.**

If Petitioner no longer wishes to pursue this action, he may voluntarily dismiss it by filing a signed document entitled "Notice Of Voluntary Dismissal" in accordance with Federal Rule of Civil Procedure 41(a)(1).

---

[1] On November 20, 2015, the Western District of Louisiana transferred to the Central District of California a Petition For Writ Of Habeas Corpus Under 28 U.S.C. § 2241 ("Louisiana Petition") that Petitioner had filed on September 4, 2014 (case number 15- 02417). (Louisiana Petition, ECF No. 16; *Chen v. Holder*, 2015 U.S. Dist. LEXIS 158744 (W.D. La. Nov. 20, 2015)). On January 11, 2016, the Court issued a Report and Recommendation to dismiss the case without prejudice, to which Petitioner did not file objections. (Louisiana Petition, ECF No. 22.)