JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| YUN CHEN, | ) | NO. CV 15-6631-GW(KS) |
| **Petitioner,** | ) ) ) | |
| v. | ) | **JUDGMENT** |
| | ) ) | |
| THOMAS W. HUSSEY, | ) ) | |
| **Respondent.** | ) ) | |
| _____ | ) | |

Pursuant to the Court's Order dismissing this action due to mootness, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: August 29, 2016

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1